# ALABAMA COURT OF CRIMINAL APPEALS



August 15, 2025

**CR-2022-0720**
Thomas Robert Lane v. State of Alabama (Appeal from Mobile Circuit Court:  CC-05-1499.60)

## <u>NOTICE</u>

You are hereby notified that on August 15, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk